JAMES V. FITZGERALD, III (State Bar No. 55632)
james.fitzgerald@mcnamaralaw.com
NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
WALLACE JENSEN

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD PEREZ JR., individually and as co-successor-in-interest to Decedent RICHARD PEREZ III; and JULIE PEREZ, individually and as co-successor-in-interest to Decedent RICHARD PEREZ III,

Plaintiffs,

vs.

WALLACE JENSEN, individually and in his official capacity as Police Officer for the City of Richmond; and DOES 1-25,

Defendant.

Case No. C15-00256 WHA

**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS ENTIRE ACTION, WITH PREJUDICE PER FRCP 41(A)(2)**

The parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of this entire action, with prejudice, in light of settlement of this action.

WHEREAS, Plaintiffs hereby agree to voluntarily dismiss, with prejudice, all of their claims for damages against Defendant, as alleged in Plaintiffs' Complaint filed in this matter. This dismissal would be a dismissal for the entire action, with prejudice.

WHEREAS, each party agrees to bear its own fees and costs as to this dismissal.

///

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

SO STIPULATED.

Dated: February 18, 2016

Law Offices of John L. Burris

By: /s/ Lacy, DeWitt
John L. Burris / DeWitt Lacy
Attorneys for Plaintiffs
RICHARD PEREZ, JR. and JULIE PEREZ

Dated: February 18, 2016

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Blechman, Noah
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendant
WALLACE JENSEN

**ORDER**

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action against Defendant, as to all claims, with prejudice. Each party bears its own fees and costs as to this dismissal.

IT IS SO ORDERED

Dated: February 22, 2016

By: [signature]
Hon. William ~~H.~~ Alsup
U.S. District Court Judge